The sheriff and his deputies testified and each denied promising appellant's father that appellant's fine would be $100 in the event he pleaded guilty.

 The decision on the motion for a new trial rested within the sound discretion of the trial court and, in the absence of an abuse of discretion, this court would not be justified in reversing the judgment. We are of the opinion that the court, upon the testimony offered, did not abuse his discretion in overruling said motion. Boggus v. State, 130 Tex.Cr.R. 656, 95 S.W.2d 412; Jordan v. State, 154 Tex.Cr.R. 217, 226 S.W.2d 449; and Art. 757, Vernon's Ann. C.C.P.

Finding no reversible error, the judgment of the trial court is affirmed.

Opinion approved by the court.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

DAVIDSON, Commissioner.

The offense is the driving, while intoxicated, of an automobile upon a public highway; the punishment, a fine of $50 and ten days in jail.

The record is before us without a statement of facts or bills of exception, without which nothing is presented for review.

The judgment is affirmed.

Opinion approved by the court.